IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA PISARZ,<br>　　　　Plaintiff<br><br>v.<br><br>JEWISH COMMUNITY ALLIANCE OF<br>NORTHEASTERN PENNSYLVANIA,<br>　　　　Defendant | : No. 3:19cv886<br>:<br>: (Judge Munley)<br>:<br>:<br>:<br>:<br>: |

## ORDER OF DISMISSAL

Upon notice to the court by counsel that this case is settled, (Doc. 8), it is hereby ordered that this case is dismissed. The parties have **sixty (60)** days in which to consummate the settlement.

BY THE COURT:

Date: 8/9/19

JUDGE JAMES M. MUNLEY
United States District Court